**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 2:10-CR-200-DBH** |
| | ) | |
| **TREZJUAN THOMPSON,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**ORDER ON MOTION FOR RECONSIDERATION**

I have carefully considered Mr. Thompson's motion for reconsideration. I find no sufficient ground to alter my Order of January 7, 2020.

The motion is therefore **DENIED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF FEBRUARY, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**